UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

------------------------------------------------
IN RE:                                          )     CASE NO. 011-20336 (ASD)
                                                )
RONALD H. CANTY,                                )     CHAPTER 7
                                                )
      DEBTOR                                    )
------------------------------------------------
KELLY JEANNE ANDERSON,                          )     ADV. PRO. NO. 11-02020
                                                )
      PLAINTIFF                                 )     RE: ECF NO. 12
v.                                              )
                                                )
RONALD H. CANTY                                 )
                                                )
      DEFENDANT                                 )
------------------------------------------------

**BRIEF MEMORANDUM AND ORDER
DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
AND SCHEDULING TRIAL DATE**

On March 30, 2011, Kelly Jeanne Anderson (hereinafter, the "Plaintiff"), commenced the captioned Adversary Proceeding by filing a complaint seeking, pursuant to Bankruptcy Code Section 523(a)(15), a determination of nondischargeability of certain alleged indebtedness of Ronald H. Canty (hereinafter, the Debtor/Defendant) arising from a divorce judgment entered on August 5, 2009, in *Kelly J. Canty v. Ronald H. Canty, Connecticut Superior Court*, Judicial District of Litchfield (Docket No. LLI-FA09-400830-S). On May 18, 2011, the Plaintiff filed a *Motion for Summary Judgment* (hereinafter, the "Motion"), ECF No. 12, asserting entitlement to summary judgment pursuant to Fed. R. Civ. P 56 as applicable by Fed. R. Bankr. P. 7056.  Motion at 1.

A review of the files and records of this proceeding reflects that the represented Plaintiff has failed to comply with D. Conn. L. Civ. R. 56(b), applicable to this proceeding

by Fed. R. Bankr. P. 1001-1(b), thereby depriving the *pro se* Debtor/Defendant with the requisite timely notice of that rule. *See also Ruotolo v. IRS*, 39 F.3d 6 (2nd Cir. 1994).[1] Accordingly,

**IT IS HEREBY ORDERED** that the Motion is **DENIED** without prejudice to the Plaintiff its refiling, on or before November 4, 2011, attended by full compliance with all applicable rules.

It further appearing that the trial of this proceeding, originally scheduled for October 3, 2011, was marked off "due to pending Motion for Summary Judgment", *see* Docket Entry of September 13, 2011, ECF No. 15, in accordance with which

**IT IS FURTHER ORDERED** that the Trial Date for this Proceeding as established in the Pretrial Order, ECF No. 10, is rescheduled to *Monday, February 13, 2012 at 10:00 AM*, and

**IT IS FURTHER ORDERED** the Pretrial Order otherwise remains in full force and effect subject to further revision as may be agreed by the parties or requested and approved by the Court.

Dated: October 4, 2011                                                    BY THE COURT

Albert S. Dabrowski
United States Bankruptcy Judge

---

[1] The *Special Notice to Pro Se Party Re; Motion for Summary Judgment*, ECF No. 13, issued and served by the Clerk, is in addition to, not in lieu of, the notice required to be served by the party moving for summary judgment in accordance with D. Conn. L. Civ. R. 56(b).